# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

TERRY K. BURNETT,　　　　　　　　　　　CASE NO.: 3:16-cv-00105-TBR

　　　　　Plaintiff,

　　v.

　　　　　　　　　　　　　　　　　　　　　Judge Thomas B. Russell

EXPERIAN INFORMATION
SOLUTIONS, INC. et al.

　　　　　Defendants.

## NOTICE OF DISMISSAL

Comes the Plaintiff, Terry K. Burnett, and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i) hereby dismisses his claims against Defendants, Equifax Information Services, LLC and Experian Information Solutions, Inc. with prejudice as settled.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/David W. Hemminger*
　　　　　　　　　　　　　　　　　　　David W. Hemminger
　　　　　　　　　　　　　　　　　　　HEMMINGER LAW OFFICE, PSC
　　　　　　　　　　　　　　　　　　　616 South Fifth Street
　　　　　　　　　　　　　　　　　　　Louisville, Kentucky 40202
　　　　　　　　　　　　　　　　　　　(Tel) 502.443.1060
　　　　　　　　　　　　　　　　　　　(Fax) 502.589.3004
　　　　　　　　　　　　　　　　　　　hemmingerlawoffice@gmail.com
　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of July, 2017 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

                                                 */s/David W. Hemminger*
                                                 David W. Hemminger